IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:02CR331 |
| Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| DWAYNE HUNDLEY, | ) | |
| Defendant. | ) | <u>ORDER</u> |

This matter was before the Court on May 3, 2018, for sentencing on the Government's request for revocation of Defendant Dwayne Hundley's supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge David A. Ruiz on April 9, 2018, at which time the Defendant admitted to and was found in violation of his supervision. The Magistrate Judge issued a Report and Recommendation on that same date.

The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation of supervision. Supervised release is revoked.

Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of twelve months and one day. No further period of supervised release to follow.

The Court recommends to the BOP that Defendant shall receive credit for time served in Federal custody. Defendant is remanded to custody.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2018